UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN LEDELL GILLIAM,<br><br>  Plaintiff,<br><br>  v.<br><br>JULIA HUTCHINSON,<br><br>  Defendant. | No. 2:16-cv-0298-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS, WITHOUT PREJUDICE, FOR LACK OF SERVICE** |

Before the Court is Magistrate Judge John T. Rodgers' Report and Recommendation to Dismiss, Without Prejudice, for Lack of Service, ECF No. 15. Judge Rodgers applied the correct standard in this review of a pro se, in forma pauperis complaint, and concluded that the complaint should be dismissed because service is incomplete, and Plaintiff has not shown any cause why the complaint should not be dismissed, nor has he updated the Court on his address.

A district court has jurisdiction to review a magistrate judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). Under 28 U.S.C. § 636(b)(1) parties may file objections to the magistrate's findings and conclusions. The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir.

**ORDER ADOPTING REPORT AND RECOMMENDATION . . . ^ 1**

2003). No objections were filed here, and the Court agrees entirely with Judge Rodger's recommendation, and adopts it in its entirety.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Court **ADOPTS** Magistrate Judge Rodgers' Report and Recommendation to Deny, Without Prejudice, for Lack of Service, ECF No. 15, in its entirety.

2. Defendant's Complaint is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to **ENTER** this Order, **FORWARD** a copy to pro se Plaintiff, and **CLOSE** the file.

**DATED** this 18th day of July, 2017.



Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION . . . ^ 2**